IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHLOE M. FRANKS | § | No. 624, 2018 |
| | § | |
| Respondent-Below, | § | |
| Appellant, | § | Court Below: Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File Nos.    18-04-04TN |
| DEPARTMENT OF SERVICES | § | 18-04-03TN |
| FOR CHILDREN YOUTH AND | § | 18-04-02TN |
| THEIR FAMILY, DIVISION OF | § | 18-03-15TN |
| FAMILY SERVICE | § | 18-06-03TN |
| | § | |
| Petitioners-Below, | § | Petition Nos. 18-10763 |
| Appellees, | § | 18-11351 |
| | § | 18-11344 |
| | § | 18-08930 |
| CONNOR ABBOTT, MARK | § | 18-16270 |
| MILLER, KADEN MOORE, and | § | |
| AARON HODRICK | § | |
| | § | |
| Respondents Below, | § | |
| Appellees. | § | |
| | § | |
| IN THE INTEREST OF: | § | |
| MIA FRANKS, LAURA FRANKS, | § | |
| ZANE FRANKS, SUSAN FRANKS, | § | |
| BEN FRANKS and KYLE FRANKS | § | |

Submitted:   September 18, 2019
Decided:  September 19, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# **O R D E R**

This 23rd day of September 2019, having considered this matter on the briefs of the

parties and the record below, and having concluded that the same should be affirmed on

the basis of, and for the reasons assigned by the Family Court in its Order dated December 6, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice